UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SUSAN QUAST ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:22-CV-77-FL |
| ENGLISH RIDING SUPPLY, INC., ERS ) | |
| EQUISTRIAN, INC. f/k/a English Riding Supply, ) | |
| Inc., ENGLISH RIDING SUPPLY, LLC, ) | |
| ENGLISH RIDING SUPPLY, LLC, f/k/a ) | |
| English Riding Supply, LLC, AMERICAN ) | |
| SPECIALTIES, INC., ITR INDUSTRIES, INC., ) | |
| HOPUS TECHNOLOGY, INC. and AEGIS ) | |
| SPORTS, INC. ) | |
| Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 12, 2022, more particularly described therein, that the captioned action be and hereby is remanded to Halifax County Superior Court.

**This Judgment Filed and Entered on December 12, 2022, and Copies To:**
Matthew S. Sullivan / Noah Breen Abrams (via CM/ECF Notice of Electronic Filing)
Erik John Tomberg (via CM/ECF Notice of Electronic Filing)
James C. Thornton (via CM/ECF Notice of Electronic Filing)
The Honorable Rebecca Spragins (via U.S. Mail at Halifax County Clerk of Superior Court, P. O. Box 66, Halifax, NC 27839)

December 12, 2022            PETER A. MOORE, JR., CLERK

                                               /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk